UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:09CV0402 AGF |
| CENTRAL CONCRETE PAVING, INC., | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Upon review of the Court file, the Court notes that Defendant Central Concrete Paving, Inc., has not properly responded to the complaint in the time permitted to do so. On April 9, 2009, Defendant purported to file an Answer pro se. However, a corporation may not proceed in federal court pro se. Ackra Direct Mktg. Corp. v. Fingerhut Corp., 86 F.3d 852, 857 (8th Cir. 1996).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant shall have counsel enter an appearance on its behalf on or before June 26, 2009. If Defendant fails to have counsel enter an appearance by that date, the Court shall strike the answer, and direct Plaintiff to move for entry of default and for default judgment.

**IT IS FURTHER ORDERED** that the Clerk's Office shall send a copy of this Order to Defendant by mail, as well as electronically.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of June, 2009.